# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Sherwood Kahlenberg

**BANKRUPTCY NO.** 1:14−bk−14506−VK

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−9933
Employer Tax−Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 1/15/15

**JOINT DEBTOR INFORMATION:**
Rita Kahlenberg

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−4555
Employer Tax−Identification (EIN) No(s).(if any):   N/A
**Joint Debtor Dismissal Date:**  1/15/15

**Address:**
12760 Kahlenberg Lane
Valley Village, CA 91607

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: January 15, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court