United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 14-14506-VK
Sherwood Kahlenberg                                                                       Chapter 13
Rita Kahlenberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-1           User: pgarciaC              Page 1 of 2              Date Rcvd: Jan 15, 2015
                               Form ID: van150             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2015.
db/jdb         +Sherwood Kahlenberg,    Rita Kahlenberg,    12760 Kahlenberg Lane,
                 Valley Village, CA 91607-2919
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             +JPMorgan Chase Bank, National Association,    c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
                 San Diego, CA 92101-2607
cr             +JPMorgan Chase Bank, National Association, its ass,    c/o McCarthy & Holthus, LLP,
                 1770 Fourth Avenue,    San Diego, CA 92101-2607
cr             +Roy Al Finance & Loan Co., its assignees and/or su,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
35693789       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
35693790       +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
35693791       +Continental Credit Ctr,    Po Box 30348,    Santa Barbara, CA 93130-0348
35799111        GARY V HIXON,    C/O HBH SERVICES,    6311 VAN NUYS BLVD STE 457,    VAN NUYS CA 91401-2611
35693795       +Homeplus Fin,    600 Lairport Stree,    El Segundo, CA 90245-5004
35693802       +Joseph Rife,    c/o Gary Hixon,    HBH Services,    6311 Van Nuys Blvd, #417,
                 Van Nuys, CA 91401-2611
35693797        LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR,    PO BOX 54110,    LOS ANGELES CA 90054-0110
35693798       +Medicredit Corporation,    Po Box 1629,    Maryland Heights, MO 63043-0629
35693800       +Progressive Manageme,    Po Box 2220,    West Covina, CA 91793-2220
35693801       +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville, CA 95688-3645
35805812       +Roy Al Finance & Loan Co.,    c/o Homeplus Finance Corporation,    600 Lairport Street,
                 El Segundo, CA 90245-5004
35693803       +Rubin Howard P & F Trust,    16633 Ventura Blvd, Ste 1000,    Encino, CA 91436-1838
35846886       +WILSHIRE FINANCIAL NETWORK,    3540 WILSHIRE BLVD PH5,    LOS ANGELES CA 90010-2317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Jan 16 2015 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jan 16 2015 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
35693792       +E-mail/Text: bknotice@erccollections.com Jan 16 2015 02:17:40      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
35895060        EDI: CALTAX.COM Jan 16 2015 02:08:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
35693793       +E-mail/Text: bankruptcy@fcnetwork.com Jan 16 2015 02:18:15      Financial Credit Netwo,
                 1300 W Main St,    Visalia, CA 93291-5825
35693794        EDI: CALTAX.COM Jan 16 2015 02:08:00      Franchise Tax Board,    PO Box 942867,
                 Sacramento, CA 94267-0011
35831765        EDI: IRS.COM Jan 16 2015 02:08:00      INTERNAL REVENUE SERVICE,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
35693799        EDI: PRA.COM Jan 16 2015 02:08:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
35693804       +E-mail/Text: ebn@unique-mgmt.com Jan 16 2015 02:18:14      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
35693796        Internal Revenue Service
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0973-1          User: pgarciaC              Page 2 of 2                   Date Rcvd: Jan 15, 2015
                              Form ID: van150             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2015 at the address(es) listed below:

         Bonni S Mantovani    on behalf of Creditor    Roy A1 Finance & Loan Co., its assignees and/or
          successors, et al cmartin@pralc.com
         Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
         Gail  Higgins    on behalf of Joint Debtor Rita  Kahlenberg ghigginse@aol.com
         Gail  Higgins    on behalf of Debtor Sherwood  Kahlenberg ghigginse@aol.com
         Jennifer C Wong    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bknotice@mccarthyholthus.com
         Jennifer C Wong    on behalf of Creditor    JPMorgan Chase Bank, National Association, its
          assignees and/or successors bknotice@mccarthyholthus.com
         United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

                                                                                                                                   TOTAL: 7

Case 1:14-bk-14506-VK    Doc 21    Filed 01/17/15    Entered 01/17/15 21:42:29    Desc
Imaged Certificate of Notice    Page 2 of 3

# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Sherwood Kahlenberg

**BANKRUPTCY NO.** 1:14−bk−14506−VK

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−9933
Employer Tax−Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 1/15/15

**JOINT DEBTOR INFORMATION:**
Rita Kahlenberg

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−4555
Employer Tax−Identification (EIN) No(s).(if any):   N/A
**Joint Debtor Dismissal Date:**  1/15/15

**Address:**
12760 Kahlenberg Lane
Valley Village, CA 91607

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: January 15, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**19 / PGN**